**LAW OFFICE OF BRADLEY S. SANDLER**
**BRADLEY S. SANDLER, Esq. (SBN 182 230)**
A Professional Corporation
433 North Camden Drive
Suite 400
Beverly Hills, California 90210
Tel: 310-279-5283
Fax: 310-279-1183
bsandler@sandlerlawoffices.com

Attorney for BRIAN LEE PARKER

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN LEE PARKER, | Case No.: 09-3989 WHA (PR) |
| Petitioner, | **SUBSTITUTION OF COUNSEL BY DEFENDANT BY BRIAN LEE PARKER AND ~~{Proposed}~~ ORDER** |
| vs. | |
| LARRY SMALL, Warden | |
| Respondent. | |

I, Brian Lee Parker, request that Attorney Bradley S. Sandler be substituted in place of myself, for all purposes in the above-referenced case.

Dated: <u>See Attached Signature Page</u>     <u>See Attached Signature Page</u>
                                              BRIAN LEE PARKER
                                              Defendant

I agree to the proposed substitution of counsel.

Dated: 1-23-2010         *Bradley S Sandler*
                         BRADLEY S. SANDLER, ESQ.

- 1 -

1    **IT IS SO ORDERED**

2    Dated:: _____February 8, 2010._____



3    **HONORABLE WILLIAM ALSUP**

      **UNITED STATES DISTRICT COURT**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SUBSTITUTION OF COUNSEL- Parker v. Small, Warden- (C 09-3989 WHA (PR))**

Attachment to substitution of Attorney form...

Respectfully Submitted,
Brian L. Parker

Date 1-20-2010

_Brian L. Parker_
SIGNATURE