IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN LEE PARKER,

    Petitioner,

  v.

LARRY SMALL,

    Respondent.
                                  /

No. C 09-03989 WHA

**ORDER GRANTING EXTENSION FOR PETITIONER'S TRAVERSE**

Attorney Bradley S. Sandler has taken over representation for Petitioner Brian Lee Parker, who was previously representing himself. Petitioner's traverse is due on February 11, 2010. Attorney Parker has requested an extension of sixty days for petitioner's traverse while he confers with his client and reviews the record. An extension of 30 days is **GRANTED**. Petitioner's traverse will be due on **MARCH 15, 2010.**

**IT IS SO ORDERED.**

Dated: February 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE