IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LEE PARKER,<br><br>    Petitioner,<br><br>  v.<br><br>LARRY SMALL,<br><br>    Respondent.          / | No. C 09-03989 WHA<br><br>**ORDER REQUESTING BRIEFING RE PETITIONER'S REQUEST FOR STAY AND ABEYANCE AND GRANTING EXTENSION FOR PETITIONER'S TRAVERSE** |

Petitioner seeks leave to stay and abet the instant action so that he can exhaust certain unexhausted claims in the California Supreme Court. Under AEDPA, petitioner's one-year deadline to file his federal habeas petition was August 12, 2009. Petitioner filed his habeas petition *pro per* to meet the deadline, and has since retained counsel, Attorney Bradley S. Sandler . In a declaration attached to petitioner's motion to stay, Attorney Sandler states that respondent opposes a stay.

In limited circumstances, a district court has the discretion to stay and hold in abeyance a habeas corpus petition pending exhaustion of state remedies. *Rhines v. Webber*, 544 U.S. 269, 277–78 (2005). Stay and abeyance is only appropriate when the district court determines there was good cause for petitioner's failure to exhaust his claims first in state court. Petitioner here alleges ineffective assistance of counsel at trial including that defense counsel (1) failed to call a legitimate alibi witness, (2) failed to adequately impeach certain prosecution witnesses, and (3) did not adequately investigate what petitioner characterizes as largely circumstantial evidence against him.

It would be premature to rule on petitioner's request without first considering respondent's viewpoint. Respondent shall file a response to petitioner's request on or before **NOON ON MARCH 29, 2010.**

Petitioner also requests a continuance of the filing date of the traverse in this matter pending disposition of his request for stay and abeyance. Petitioner's traverse is currently due on March 15, 2010. Petitioner argues that it would be more efficient for him to delay filing his traverse until his request for a stay and abeyance is ruled upon. This request is **GRANTED**. In the event that a stay and abeyance is denied, petitioner's traverse shall be filed within **TEN DAYS** thereafter.

**IT IS SO ORDERED.**

Dated: March 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE